# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

No. 25-1613      Short Title: California v. U.S. DOT

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of California                                                                 as the

[ ] appellant(s)           [ ] appellee(s)           [ ] amicus curiae

[✓] petitioner(s)          [ ] respondent(s)         [ ] intervenor(s)

/s/ Delbert Tran                              06/25/2025
Signature                                     Date

Delbert Tran
Name

California Department of Justice              415-229-0110
Firm Name (if applicable)                     Telephone Number

455 Golden Gate Ave., Ste. 11000
Address                                       Fax Number

San Francisco, CA 94102                       delbert.tran@doj.ca.gov
City, State, Zip Code                         Email (required)

Court of Appeals Bar Number: 1215676

Has this case or any related case previously been on appeal?

[✓] No        [ ] Yes   Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).