# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 25-1613      **Short Title:** California v. USDOT

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

State of Illinois                                                                 as the

[ ] appellant(s)          [ ] appellee(s)          [ ] amicus curiae

[✓] petitioner(s)         [ ] respondent(s)        [ ] intervenor(s)

/s/ Alex Hemmer                                6/25/2025
Signature                                      Date

Alex Hemmer
Name

Office of the Illinois Attorney General        312-814-5526
Firm Name (if applicable)                      Telephone Number

115 S. LaSalle St.
Address                                        Fax Number

Chicago, IL 60603                              alex.hemmer@ilag.gov
City, State, Zip Code                          Email (required)

Court of Appeals Bar Number: 1188278

Has this case or any related case previously been on appeal?

[✓] No          [ ] Yes    Court of Appeals No.

===============================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).