# United States Court of Appeals
## For the First Circuit

No. 25-1613

STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in their official capacity as Secretary of the United States Department of Transportation,

Respondents.

**ORDER OF COURT**

Entered: July 9, 2025
Pursuant to 1st Cir. R. 27.0(d)

Petitioners are presently in default for failure to file an appearance form.

It is ordered that if appearance forms are not filed on or before **July 23, 2025**, this appeal will be dismissed in accordance with 1st Cir. R. 3.0(b) for lack of prosecution.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Sara Miron Bloom, Brian S. Carter, Thomas H. Castelli, Frances Reynolds Colbert, David Dana Day, Katherine B. Dirks, Shankar Duraiswamy, Kalikoʻonālani Diara Fernandes, Neil

Giovanatti, Alex Hemmer, Vanessa L. Kassab, Zoe Levine, Ian R. Liston, James C. Luh, Vivian A. Mikhail, Rabia Muqaddam, Laura Myron, Michael Louis Newman, Steven Perfrement, Patrick S. Reynolds, Kathryn M. Sabatini, Benjamin Seel, Cristina Sepe, Michael Kenneth Skold, James Edward Stanley, Heidi Parry Stern, Daniel Tenny, Julio A. Thompson, Delbert Tran, Hannah Vail, Rachna Vyas, Samuel Wolter