# United States Court of Appeals
## For the First Circuit

No. 25-1613

STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**ORDER OF COURT**

Entered: July 29, 2025

This matter is before the court on respondents' "Unopposed Motion to Hold Case in Abeyance." The motion is **GRANTED**, and this matter is stayed pending further order. Respondents should file status reports at 120-day intervals, the first due 120 days from entry of this order. Any party may file a motion requesting the stay be lifted at any time.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Kenneth Skold, Delbert Tran, Michael Louis Newman, James Edward Stanley, Alex Hemmer, Shankar Duraiswamy, Kathryn M. Sabatini, Patrick S. Reynolds, James C. Luh, David Moskowitz, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoonalani Diara Fernandes, Vivian A. Mikhail, Katherine B. Dirks, Hannah Vail, Neil Giovanatti, Michael James Dittenber,

Joseph Robert Richie, Heidi Parry Stern, Anjana Samant, Rabia Muqaddam, Ester Murdukhayeva, Zoe Levine, Erin Galli, Jonathan T. Rose, Cristina Sepe, Tyler S. Roberts, Benjamin M. Seel, Aaron Bibb, Frances Reynolds Colbert, Sara Miron Bloom, Daniel Tenny, Laura Myron, Rachna Vyas