# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| STATE OF CALIFORNIA, STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; AND STATE OF WISCONSIN, | Case No. 25-1613 |
| Petitioners, | |
| v. | |
| UNITED STATES DEPARTMENT OF TRANSPORTATION; AND SEAN DUFFY, in his official capacity as Secretary of the United States Department of Transportation; | |
| Respondents. | |

## PETITIONERS' UNOPPOSED MOTION TO VOLUNTARILY DISMISS PETITION

1. This petition concerns a challenge to the U.S. Department of Transportation's (U.S. DOT) imposition of an immigration enforcement condition on all funding administered by the agency. Petitioners filed a parallel challenge to

1

the same actions in the U.S. District Court for the District of Rhode Island. *See California v. U.S. Department of Transportation*, No. 1:25-cv-00208-JJM-PAS (D.R.I.). As stated in the petition, Petitioners believe the federal district courts had exclusive original jurisdiction to review their challenge, but filed this protective petition in an abundance of caution to preserve Petitioners' right to judicial review. Pet. at 2-3.

2. In the parallel proceeding before the district court, the court entered final judgment in favor of Petitioners on November 4, 2025, concluding, among other things, that Petitioners' claims were subject to the jurisdiction of the district court. Order at 12, ECF No. 74, *California v. Dep't of Transp.*, 1:25-cv-00208-JJM-PAS (D.R.I. Nov. 4, 2025). On January 2, 2026, Respondents filed a notice of appeal of that final judgment, but voluntarily dismissed their appeal on January 13, 2026. *See* Defs.'-Appellants' Assented-to Mot. to Voluntarily Dismiss Appeal, *California v. Dep't of Transp.*, No. 26-1026 (1st Cir. Jan. 13, 2026). As a result, the final judgment entered in the parallel district court proceeding provides Petitioners the relief they had sought in this protective petition. Thus, Petitioners file this unopposed motion to voluntarily dismiss this protective petition pursuant to Federal Rule of Appellate Procedure 42, with each party to bear their own costs.

Dated: January 13, 2026

| | |
|---|---|
| **ROB BONTA** | **KWAME RAOUL** |
|   ATTORNEY GENERAL OF CALIFORNIA |   ATTORNEY GENERAL OF ILLINOIS |

Michael L. Newman
  *Senior Assistant Attorney General*
Joel Marrero
Lee Sherman
James E. Stanley
  *Supervising Deputy Attorneys General*
Brandy Doyle
Luke Freedman
Newton Knowles
Deylin Thrift-Viveros
  *Deputy Attorneys General*

/s/ Delbert Tran
Delbert Tran
  *Deputy Attorney General*
California Department of Justice
455 Golden Gate Ave., Suite 11000
San Francisco, CA 94102
(415) 229-0110
delbert.tran@doj.ca.gov

*Attorneys for the State of California*

/s/ Alex Hemmer
Alex Hemmer
  *Deputy Solicitor General*
Michael M. Tresnowski
R. Henry Weaver
  *Assistant Attorneys General*
Office of the Illinois Attorney General
115 LaSalle Street
Chicago, IL 60603
(773) 590-7932
alex.hemmer@ilag.gov

*Attorneys for the State of Illinois*

| | |
|---|---|
| **MATTHEW J. PLATKIN**<br>  ATTORNEY GENERAL OF NEW JERSEY<br><br>/s/ Shankar Duraiswamy<br>Shankar Duraiswamy<br>  *Deputy Solicitor General*<br>Mayur P. Saxena<br>  *Assistant Attorney General*<br>Maryanne M. Abdelmesih<br>Surinder K. Aggarwal<br>Yael Fisher<br>Nathaniel F. Rubin<br>  *Deputy Attorneys General*<br>25 Market St., PO Box 093<br>Trenton, NJ 08625-0093<br>(609) 376-2745<br>shankar.duraiswamy@law.njoag.gov<br><br>*Attorneys for the State of New Jersey* | **PETER F. NERONHA**<br>  ATTORNEY GENERAL OF RHODE ISLAND<br><br>/s/ Patrick Reynolds<br>Kathryn M. Sabatini (RI Bar No. 8486)<br>  *Civil Division Chief*<br>  *Special Assistant Attorney General*<br>Patrick Reynolds (RI Bar No. 10459)<br>  *Special Assistant Attorney General*<br>Rhode Island Attorney General's Office<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400, Ext. 1882<br>preynolds@riag.ri.gov<br>ksabatini@riag.ri.gov<br><br>*Attorneys for the State of Rhode Island* |
| **ANTHONY G. BROWN**<br>  ATTORNEY GENERAL OF MARYLAND<br><br>/s/ James C. Luh<br>James C. Luh<br>  *Senior Assistant Attorney General*<br>Office of the Maryland Attorney General<br>200 Saint Paul Place<br>20th Floor<br>Baltimore, MD 21202<br>(410) 576-6411<br>jluh@oag.state.md.us<br><br>*Attorneys for the State of Maryland* | **PHILIP J. WEISER**<br>  ATTORNEY GENERAL OF COLORADO<br><br>/s/ Sam Wolter<br>Sam Wolter<br>  *Assistant Attorney General*<br>Colorado Department of Law<br>1300 Broadway, #10<br>Denver, CO 80203<br>(720) 508-6000<br>samuel.wolter@coag.gov<br><br>*Attorneys for the State of Colorado* |

| | |
|---|---|
| **WILLIAM TONG**<br>  ATTORNEY GENERAL OF CONNECTICUT | **KATHLEEN JENNINGS**<br>  ATTORNEY GENERAL OF DELAWARE |
| /s/ Michael K. Skold<br>Michael K. Skold<br>  *Solicitor General*<br>Connecticut Office of the Attorney General<br>165 Capitol Avenue<br>Hartford, CT 06106<br>(860) 808-5020<br>michael.skold@ct.gov<br><br>*Attorneys for the State of Connecticut* | /s/ Ian R. Liston<br>Ian R. Liston<br>  *Director of Impact Litigation*<br>Vanessa L. Kassab<br>  *Deputy Attorney General*<br>Delaware Department of Justice<br>820 North French Street<br>Wilmington, DE 19801<br>(302) 683-8899<br>ian.liston@delaware.gov<br><br>*Attorneys for the State of Delaware* |
| **ANNE E. LOPEZ**<br>  ATTORNEY GENERAL OF HAWAIʻI | **AARON M. FREY**<br>  ATTORNEY GENERAL OF MAINE |
| /s/ Kalikoʻonālani D. Fernandes<br>David D. Day<br>  *Special Assistant to the Attorney General*<br>Kalikoʻonālani D. Fernandes<br>  *Solicitor General*<br>Department of the Hawaiʻi Attorney General<br>425 Queen Street<br>Honolulu, HI 96813<br>(808) 586-1360<br>david.d.day@hawaii.gov<br>kaliko.d.fernandes@hawaii.gov<br><br>*Attorneys for the State of Hawaiʻi* | /s/ Vivian A. Mikhail<br>Vivian A. Mikhail<br>  *Deputy Attorney General*<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333-0006<br>(207) 626-8800<br>vivian.mikhail@maine.gov<br><br>*Attorneys for the State of Maine* |

**ANDREA JOY CAMPBELL**
   ATTORNEY GENERAL OF MASSACHUSETTS

/s/ Katherine Dirks
Katherine Dirks
   *Chief State Trial Counsel*
Hannah C. Vail
   *Assistant Attorney General*
Office of the Massachusetts Attorney General
1 Ashburton Place
Boston, MA 02108
(617) 963-2277
katherine.dirks@mass.gov
hannah.vail@mass.gov

*Attorneys for the Commonwealth of Massachusetts*


**KEITH ELLISON**
   ATTORNEY GENERAL OF MINNESOTA

/s/ Brian S. Carter
Brian S. Carter
   *Special Counsel*
Minnesota Attorney General's Office
445 Minnesota Street
Suite 1400
St. Paul, MN 55101
(651) 757-1010
brian.carter@ag.state.mn.us

*Attorneys for the State of Minnesota*


**DANA NESSEL**
   ATTORNEY GENERAL OF MICHIGAN

/s/ Neil Giovanatti
Neil Giovanatti
Michael Dittenber
   *Assistant Attorneys General*
Michigan Department of Attorney General
525 W. Ottawa Street
Lansing, MI 48909
(517) 335-7603
GiovanattiN@michigan.gov
DittenberM@michigan.gov

*Attorneys for the People of the State of Michigan*


**AARON D. FORD**
   ATTORNEY GENERAL OF NEVADA

/s/ Heidi Parry Stern
Heidi Parry Stern
   *Solicitor General*
Office of the Nevada Attorney General
1 State of Nevada Way, Ste. 100
Las Vegas, NV 89119
hstern@ag.nv.gov

*Attorneys for the State of Nevada*

**RAÚL TORREZ**
   ATTORNEY GENERAL OF NEW MEXICO

/s/ Steven Perfrement
Steven Perfrement
   *Senior Litigation Counsel*
New Mexico Department of Justice
P.O. Drawer 1508
Santa Fe, NM 87504-1508
(505) 490-4060
sperfrement@nmdoj.gov

*Attorneys for the State of New Mexico*

**LETITIA JAMES**
   ATTORNEY GENERAL OF NEW YORK

/s/ Zoe Levine
Zoe Levine
   *Special Counsel for Immigrant Justice*
Julie Dona
   *Special Counsel*
Rabia Muqaddam
   *Special Counsel for Federal Initiatives*
Mark Ladov
   *Special Counsel*
28 Liberty Street
New York, NY 10005
(212) 907-4589
zoe.levine@ag.ny.gov

*Attorneys for the State of New York*

**DAN RAYFIELD**
   ATTORNEY GENERAL OF OREGON

/s/ Thomas H. Castelli
Thomas H. Castelli
   *Senior Assistant Attorney General*
Oregon Department of Justice
100 SW Market Street
Portland, OR 97201
(971) 673-1880
thomas.castelli@doj.oregon.gov

*Attorneys for the State of Oregon*

**CHARITY R. CLARK**
   ATTORNEY GENERAL OF VERMONT

/s/ Julio A. Thompson
Julio A. Thompson
   *Assistant Attorney General*
   *Co-Director, Civil Rights Unit*
Officer of the Vermont Attorney General
109 State Street
Montpelier, VT 05609
(802) 828-3657
julio.thompson@vermont.gov

*Attorneys for the State of Vermont*

**Nicholas W. Brown**
  Attorney General of Washington

/s/ Benjamin Seel
Benjamin Seel
Tyler Roberts
Cristina Sepe
Marsha Chien
  *Assistant Attorneys General*
Washington State Office of the Attorney
  General
800 Fifth Avenue
Suite 2000
Seattle, WA 98104-3188
(206) 464-7744
Benjamin.Seel@atg.wa.gov
Tyler.Roberts@atg.wa.gov
Cristina.Sepe@atg.wa.gov
Marsha.Chien@atg.wa.gov

*Attorneys for the State of Washington*

**Joshua L. Kaul**
  Attorney General of Wisconsin

/s/ Frances Reynolds Colbert
Frances Reynolds Colbert
  *Assistant Attorney General*
Wisconsin Department of Justice
Post Office Box 7857
Madison, WI 53707-7857
(608) 266-9226
frances.colbert@wisdoj.gov

*Attorneys for the State of Wisconsin*

**Certificate of Compliance**

Pursuant to Federal Rule of Appellate Procedure 32(g), I hereby certify this motion complies with the requirements of Federal Rule of Appellate Procedure 27(d)(1)(E) because it has been prepared in 14-point Times New Roman, a proportionally spaced font, and that it complies with the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A), because it contains 234 words, according to the count of Microsoft Word.

_/s/ Delbert Tran_
_____
Delbert Tran

**Certificate of Service**

I hereby certify that on January 13, 2026, I electronically filed the foregoing document with the United States Court of Appeals for the First Circuit by using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Daniel Tenny
Laura E. Myron
Attorneys, Appellate Staff
Civil Division, Room 7228
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530
(202) 514-4819
Laura.e.myron@usdoj.gov
Daniel.Tenny@usdoj.gov

*Delbert Tran*

———————————————
Delbert Tran