# United States Court of Appeals
## For the First Circuit

No. 25-1613

STATE OF CALIFORNIA; STATE OF ILLINOIS; STATE OF NEW JERSEY; STATE OF RHODE ISLAND; STATE OF MARYLAND; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; STATE OF HAWAII; STATE OF MAINE; COMMONWEALTH OF MASSACHUSETTS; PEOPLE OF THE STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF NEVADA; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF OREGON; STATE OF VERMONT; STATE OF WASHINGTON; STATE OF WISCONSIN,

Petitioners,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; SEAN P. DUFFY, in the official capacity as Secretary of the United States Department of Transportation,

Respondents.

**JUDGMENT**

Entered: January 28, 2026
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of petitioners' unopposed motion, it is hereby ordered that this petition for review be voluntarily dismissed with each party to bear its own costs.

Mandate to issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Michael Kenneth Skold, Delbert K. Tran, Michael Louis Newman, James Edward Stanley, Alex Hemmer, Shankar Duraiswamy, Kathryn M. Sabatini, Patrick S. Reynolds, James C. Luh, David Moskowitz, Vanessa L. Kassab, Ian R. Liston, David Dana Day, Kalikoʻonālani Diara Fernandes, Vivian A. Mikhail, Katherine B. Dirks, Hannah C. Vail, Neil Giovanatti, Michael James Dittenber,

Joseph Robert Richie, Heidi Parry Stern, Anjana Samant, Rabia Muqaddam, Ester Murdukhayeva, Zoe Levine, Erin Galli, Jonathan T. Rose, Cristina Sepe, Tyler S. Roberts, Benjamin M. Seel, Marsha Chien, Aaron Bibb, Frances Reynolds Colbert, Sara Miron Bloom, Daniel Tenny, Laura Myron, Rachna Vyas